NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FRANK JAMES,                          )
                                      )
            Appellant,                )
                                      )
v.                                    )        Case No. 2D18-509
                                      )
MIKE CARROLL, SECRETARY,              )
DEPARTMENT OF CHILDREN                 )
AND FAMILIES,                         )
                                      )
            Appellee.                 )
_____)

Opinion filed December 21, 2018.

Appeal from the Circuit Court for Desoto
County; Kimberly Bonner, Judge.

Frank James, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and David Llanes,
Assistant Attorney General, Miami,
for Appellee.


PER CURIAM.

        Affirmed.


SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.